IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America

Plaintiff(s),

v.

One Yola Type Vessel with P.R. Registration PR3503BB Valued at Approximately $25,400.00

Defendant(s).

CIVIL NO. 98-1082 (DRD)

*RECEIVED AND FILED 00 MAY 10 AM 8:20 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

## DESCRIPTION OF MOTION

DATE FILED: March/24/2000

DOCKET NO.: 28

[✓] Plffs.    [ ] Defts.

TITLE: Motion Requesting Leave to File Amended Complaint

## ORDER

Because the Claimants have not opposed within the ten (10) days allotted by Local Rule 311.5 and leave to amend should be freely given, see Fed.R.Civ.P. 15(a), the Court hereby GRANTS Plaintiff request and Claimants must file a responsive pleading to the tendered Amended Complaint for Forfeiture in Rem by May 25, 2000. Should Claimants fail to comply, Plaintiff is to move the Court for Default by May 30, 2000. Plaintiff's failure to timely comply will be met with appropriate sanctions possibly including dismissal.
IT IS SO ORDERED.

May 18, 2000
DATE

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE