UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
v.
ONE YOLA TYPE VESSEL WITH P.R.
REGISTRATION PR3503BB VALUED
AT APPROXIMATELY $25,400.

CASE NUMBER: 98-1082 (DRD)

## ORDER

On May 8, 2000, the Court issued an Order which reads as follows:

> "Because the Claimants have not opposed within the ten (10) days allotted by Local Rule 311.5 and leave to amend should be freely given, see Fed. R. Civ. P. 15(a), the Court hereby GRANTS Plaintiff['s] request and Claimants must file a responsive pleading to the tendered Amended Complaint for Forfeiture in Rem by May 25, 2000. Should Claimants fail to comply, Plaintiff is to move the Court for Default by May 30, 2000. Plaintiff's failure to timely comply will be met with appropriate sanctions possibly including dismissal."

(Docket No. 29). On May 10, 2000, the Court's Order (Docket No. 29) and the Amended Complaint (Docket No. 30), which had been tendered with the motion for leave to amend, were docketed. Because no responsive pleading had been filed by Claimant, on May 30, 2000, the Plaintiff filed a Motion for Default Judgment (Docket No. 31). Claimants to date have failed to file a responsive pleading to the Amended Complaint. Therefore, for Claimants failure to respond to the Amended Complaint, see Fed. R. Civ. P. 15(a), and for Claimants failure to comply with this Court's Order, the Court hereby holds Claimants in **DEFAULT**.

Pursuant to the Amended Complaint for Forfeiture in Rem, which was verified and accompanied by a affidavit comporting with 28 U.S.C. § 1746, the Court hereby **GRANTS** the government the **FORFEITURE** of the subject vessel. Judgment shall be entered accordingly.
**IT IS SO ORDERED.**

Date: June 12, 2000

P:\PEACHORD ERS\98-1082 DEF

DANIEL R. DOMINGUEZ
U.S. District Judge