UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
          v.
**ONE YOLA TYPE VESSEL WITH P.R.
REGISTRATION PR3503BB VALUED
AT APPROXIMATELY $25,400.**

CASE NUMBER: 98-1082 (DRD)

## JUDGMENT

In accordance with the Order of this same date, Claimants are held in **DEFAULT,** and the vessel the subject of this proceeding is hereby **FORFEITED** to the United States of America. **IT IS SO ADJUDGED AND DECREED.**

Date: June 12, 2000

P:\PEACHORD ERS\98-1082 DEF

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 JUN 13 AM 8:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.